KYUNG M. FINLEY, CA Bar No. 262128
kyung@finleyemplaw.com
FINLEY EMPLOYMENT LAW
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Telephone: 916-612-0326

Attorney for Plaintiff
REX RICAFORT

SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
WILFRED N. GUAL, CA Bar No. 340571
wilfred.gual@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870
Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC
and FLOWERS BAKERIES SALES OF
NORCAL, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX RICAFORT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>FLOWERS BAKING CO. OF MODESTO, LLC, a California limited liability company; FLOWERS BAKERIES SALES OF NORCAL, LLC, a California limited liability company; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-02015-KJM-CKD<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY JOINT STATUS REPORT; ORDER**<br><br>Complaint Filed:  June 7, 2024<br>Trial Date:    None Set<br>Judge:      Hon. Kimberly J. Mueller |

1   Plaintiff Rex Ricafort ("Plaintiff") and Defendants Flowers Baking Co. of Modesto, LLC

2   and Flowers Bakeries Sales of NorCal, LLC ("Flowers" or "Defendants") (collectively hereinafter

3   referred to as the "Parties"), by and through their respective attorneys of record, hereby stipulate

4   for the purpose of jointly requesting that the Court enter an order modifying the Parties' Joint

5   Status Report (ECF No. 7) pursuant to Rule 26(f) as follows:

6   Section 14 ("Trial Length") of the Joint Status Report currently states in full as follows:

7
8   The Parties estimate trial lasting five (5) to seven (7) days, including voir dire. Due to the amount of witnesses and duration of the alleged discrimination.

9   The Parties request that Section 14 ("Trial Length") be revised so that it now states as
10  follows:

11  **Plaintiff's Position:**
    Plaintiff estimates that the trial will last fifteen (15) to twenty (20) days, including
12  voir dure, due to the number of witnesses and claims.

13  **Defendants' Position:**
    Defendants estimate that trial will last five (5) to seven (7) court days, including
14  voir dire.

15

16
    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
17
    DATED:  March 10, 2025              FINLEY EMPLOYMENT LAW
18

19

20                                      By:  */s/ Kyung Finley*
                                              KYUNG M. FINLEY
21
                                        Attorney for Plaintiff
22                                      REX RICAFORT

23

24

25

26

27

28

1

2   DATED:  March 10, 2025                OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.
3

4

5                                         By:  */s/ Shannon Clawson*_____
                                               SHANNON R. CLAWSON
6                                              WILFRED N. GUAL

7                                         Attorneys for Defendants
                                          FLOWERS BAKING CO. OF MODESTO, LLC and
8                                         FLOWERS BAKERIES SALES OF NORCAL, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

DATED:  March 12, 2025.

4

5

_____
SENIOR UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND REQUEST TO MODIFY JOINT STATUS REPORT;
88413.621.v1-OGLETREE