UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| REX RICAFORT, an individual, | Case No. 2:24-cv-02015-KJM-CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FLOWERS BAKING CO. OF MODESTO, LLC, a California limited liability company; FLOWERS BAKERIES SALES OF NORCAL, LLC, a California limited liability company; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The court set the scheduling order for this case on October 24, 2024.  *See* ECF No. 8.  Now, the parties move to alter the scheduling order so the parties can focus on settlement negotiations.  *See* Joint Stip., ECF No. 14.  Upon good cause appearing, the court grants the parties' request.  The dates of the scheduling order are now as follows:

| Event | Date |
|---|---|
| Close of Fact Discovery | June 19, 2026 |
| Completion of Expert Disclosures | July 16, 2026 |
| Exchange of Rebuttal Expert Witnesses | August 17, 2026 |
| Completion of All Expert Discovery | September 18, 2026 |
| All Dispositive Motions (except TROs, etc.) | November 20, 2026 |

1 | This resolves ECF No. 14.
2 | IT IS SO ORDERED.
3 | DATED: April 3, 2025.

UNITED STATES DISTRICT JUDGE