KYUNG M. FINLEY, CA Bar No. 262128
kyung@finleyemplaw.com
FINLEY EMPLOYMENT LAW
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Telephone: 916-612-0326

Attorney for Plaintiff
REX RICAFORT

SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
WILFRED N. GUAL, CA Bar No. 340571
wilfred.gual@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC
and FLOWERS BAKERIES SALES OF NORCAL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX RICAFORT, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>FLOWERS BAKING CO. OF MODESTO, LLC, a California limited liability company; FLOWERS BAKERIES SALES OF NORCAL, LLC, a California limited liability company; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-02015-KJM-CKD<br><br>**JOINT STIPULATION TO AMEND PRE-TRIAL CASE SCHEDULE AND ORDER**<br><br>Complaint Filed: June 7, 2024<br>Trial Date:  None Set<br>Judge:   Hon. Kimberly J. Mueller |

Plaintiff Rex Ricafort ("Plaintiff") and Defendants Flowers Baking Co. of Modesto, LLC and Flowers Bakeries Sales of NorCal, LLC ("Flowers" or "Defendants") (collectively hereafter referred to as the "Parties"), by and through their respective attorneys of record, hereby stipulate to, and respectfully request, a continuance of the deadlines set forth in the Court's Amended Scheduling Order, dated April 4, 2025 (*see* ECF No. 15) (the "Existing Schedule"). The Parties believe such good cause and factual circumstances exist as follows:

WHEREAS, under the Existing Schedule, the close of fact discovery is set for June 19, 2026; expert disclosures shall be completed by July 16, 2026; rebuttal expert witnesses shall be exchanged by August 17, 2026; all expert discovery shall be completed by September 18, 2026; and all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by November 20, 2026. (*See id.*)

WHEREAS, no pretrial conference or trial date have yet been set.

WHEREAS, the Parties have engaged in substantial written discovery, including multiple sets of Requests for Production, Interrogatories, and Requests for Admission exchanged between the Parties, and the Parties have provided initial responses to these discovery requests;

WHEREAS, the Parties have met and conferred on discovery disputes on multiple occasions, and Defendants are currently in the process of supplementing and amending their prior discovery responses and making additional document productions, including the production of relevant electronically stored information ("ESI"), in response to Plaintiff's requests;

WHEREAS, the process of collecting, reviewing, and producing ESI has been time-consuming due to technical challenges and the volume of data involved, and these difficulties have been compounded by the fact that one of Defendants' two attorneys of record has been on leave of absence, leaving only one defense attorney to handle this matter until October 2025;

WHEREAS, in light of the ongoing document production and pending supplemental responses, the Parties agree that conducting depositions at this time would be premature and inefficient. Plaintiff cannot schedule or take meaningful depositions until Defendants complete document production and provide the amended/supplemental discovery responses, so that depositions can cover all pertinent documents and information in one sitting without the need for

duplicative sessions;

**WHEREAS**, for the foregoing reasons, the Parties believe that good cause exists to extend the current case deadlines. The Parties therefore respectfully request that the Court grant a continuance of the remaining pre-trial dates as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | June 19, 2026 | November 19, 2026 |
| Completion of Expert Disclosures | July 16, 2026 | December 16, 2026 |
| Exchange of Rebuttal Expert Witnesses | August 17, 2026 | January 19, 2027 |
| Completion of All Expert Discovery | September 18, 2026 | February 17, 2027 |
| All Dispositive Motions (except for motions for continuances, TROs, or other emergency applications) | November 20, 2026 | April 20, 2027 |

**WHEREAS**, the Parties have previously requested one modification of the Pre-Trial Case Schedule, which the Court granted on April 4, 2025 (ECF No. 15). That prior extension was sought in good faith to allow the Parties to avoid incurring additional discovery costs while they attempted to resolve the case through private mediation. (The Parties participated in a private mediation on June 27, 2025, but unfortunately, that mediation did not result in a settlement.)

**WHEREAS**, the Parties have acted diligently in pursuing discovery to date, but despite their diligence, they cannot reasonably complete all necessary fact discovery, expert preparation, and dispositive motion briefing by the current deadlines, for the reasons described above;

**WHEREAS**, the requested extension of approximately five (5) months will allow the Parties to complete discovery and prepare any dispositive motions in an efficient, thorough manner. Because no trial date has been set, the continuance will not delay the trial of this matter or otherwise interfere with the Court's schedule. This stipulation is made in good faith to facilitate the full development of the case on the merits and to further the interests of justice, and it is not sought for purposes of delay, harassment, or any improper purpose.

**WHEREFORE**, for good cause shown under Federal Rule of Civil Procedure 16(b)(4), the

1 | Parties respectfully request that the Court modify the Pre-Trial Case Schedule as set forth above.

2

3 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

4

5 | DATED: September 5, 2025       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6

7

8 | By:   */s/ Shannon Clawson*
            SHANNON R. CLAWSON
9           WILFRED N. GUAL

10 | Attorneys for Defendants
     FLOWERS BAKING CO. OF MODESTO, LLC and
11 | FLOWERS BAKERIES SALES OF NORCAL, LLC

12

13

14 | DATED: August 27, 2025       FINLEY EMPLOYMENT LAW

15

16

17 | By:   */s/ Kyung Finley*
            KYUNG M. FINLEY

18 | Attorney for Plaintiff
     REX RICAFORT

19

20

21

22

23

24

25

26

27

28

# ORDER

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation to Amend certain dates in the Court's Pre-Trial Case Schedule as set forth below:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery | June 19, 2026 | November 19, 2026 |
| Completion of Expert Disclosures | July 16, 2026 | December 16, 2026 |
| Exchange of Rebuttal Expert Witnesses | August 17, 2026 | January 19, 2027 |
| Completion of All Expert Discovery | September 18, 2026 | February 17, 2027 |
| All Dispositive Motions (except for motions for continuances, TROs, or other emergency applications) | November 20, 2026 | April 20, 2027 |

All other provisions of the Initial Scheduling Order remain in effect.

DATED: September 5, 2025.

UNITED STATES DISTRICT JUDGE